COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS





WINIFRED B. SEGHERS,


 Appellant,


v.


CITIBANK (SOUTH DAKOTA), N.A.,


 Appellee.
§


 


§


 


§


 


§


 


§


 


 § 


No. 08-10-00308-CV



Appeal from the


County Court at Law No. 2


of Travis County, Texas


(TC# C-1-CV-09-008479)


MEMORANDUM OPINION


 Pending before the Court is a joint motion to dismiss this appeal. See Tex. R. App. P.
42.1(a)(2). The parties request that the appeal be dismissed because they have reached a settlement
agreement. We grant the motion and dismiss the appeal. As requested in the motion, costs are taxed
against Appellant.


 GUADALUPE RIVERA, Justice

November 30, 2010


Before Chew, C.J., McClure, and Rivera, JJ.